UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RUBEN PAZ GOMEZ,<br><br>                 Petitioner,<br>    v.<br><br>YANISLEIDY REYES GONZALEZ,<br><br>                 Respondent. | CASE NO. 3:24-cv-05645-KKE<br><br>ORDER GRANTING MOTION FOR LEAVE TO PROCEED *IN FORMA PAUPERIS* |

Plaintiff Ruben Paz Gomez has filed an Application to Proceed *In Forma Pauperis* ("IFP") in the above-entitled action. Dkt. 2. After careful consideration of the Application, the governing law and the balance of the record, the Court **ORDERS** as follows:

1) Because Petitioner does not appear to have funds available to afford the $405 filing fee, Petitioner financially qualifies for IFP status pursuant to 28 U.S.C. § 1915(a)(1). Therefore, Petitioner's IFP application (Dkt. 2) is **GRANTED**.

2) The Clerk of the Court is directed to send a copy of this Order to Petitioner and to the Honorable Kymberly K. Evanson.

Dated this 13th day of August, 2024.

Grady J. Leupold
United States Magistrate Judge