UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RUBEN PAZ GOMEZ,<br><br>                    Plaintiff,<br><br>     v.<br><br>YANISLEIDY REYES GONZALEZ,<br><br>                    Defendant. | CASE NO. C24-5645-KKE<br><br>ORDER ON CASE STATUS |

This matter comes before the Court on Plaintiff's Petition for Return of Child Under Convention on Civil Aspects of International Child Abduction ("Convention"). Dkt. No. 1.

Plaintiff filed the petition on August 6, 2024, but failed to redact the child's first name in the "Verification of Petition" section. Dkt. No. 1 at 17. Under Federal Rule of Civil Procedure 5.2(a) and Local Rule 5.2, the Court placed the petition under seal and instructed the Plaintiff to file a redacted version of the document. Plaintiff filed a redacted petition, but again failed to redact the child's name. Dkt. No. 7 at 17. Again, the Court placed the petition under seal and instructed Plaintiff to file a correctly redacted copy. Plaintiff failed to file a redacted petition.

Under the Convention and the International Child Abductions Remedies Act, 22 U.S.C. § 9001 *et seq.*, the Court must "'use the most expeditious procedures available' to decide petitions arising under the Convention, with decisions generally expected within six weeks from the date of filing." *Colchester v. Lazaro*, 16 F.4th 712, 717 (9th Cir. 2021) (citing Hague Convention, Oct.

ORDER ON CASE STATUS - 1

25, 1980, arts. 2, 11, 19 I.L.M. at 1501–02). The Court must ensure this case is handled expeditiously and thus ORDERS the following:

1. Plaintiff must file a redacted petition, properly redacting the child's name, no later than September 6, 2024. Dkt. No. 7 at 17, *see* Local Rules W.D. Wash. LCR 5.2(a)(2).

2. Plaintiff must file proof of service on Defendant, or an explanation of efforts to serve Defendant, by September 11, 2024.

Dated this 4th day of September, 2024.

Kymberly K. Evanson
United States District Judge

ORDER ON CASE STATUS - 2