UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RUBEN PAZ GOMEZ,<br><br>                Petitioner,<br><br>    v.<br><br>YANISLEIDY REYES GONZALEZ,<br><br>                Respondent. | CASE NO. C24-5645-KKE<br><br>ORDER SETTING SCHEDULING CONFERENCE |

      Petitioner, Ruben Paz Gomez, filed this case under the Convention on the Civil Aspects of International Child Abduction ("Convention") and the International Child Abductions Remedies Act ("ICARA"), 42 U.S.C. § 9001. Dkt. No. 12. Petitioner alleges his daughter was wrongfully removed from Mexico by her mother, Respondent Yanisleidy Reyes Gonzalez. *Id.*

      On September 5, 2024, Petitioner provided proof of service of the Petition, the accompanying declaration and exhibits, and Summons on "an adult woman who appeared to reside at" Respondent's "usual place of abode." Dkt. No. 14 at 2, *see* Fed. R. Civ. P. 4(e)(2)(B). Respondent has not yet appeared.

      Under the Convention and ICARA, the Court must "'use the most expeditious procedures available' to decide petitions arising under the Convention, with decisions generally expected within six weeks from the date of filing." *Colchester v. Lazaro*, 16 F.4th 712, 717 (9th Cir. 2021). The Court must ensure this case is handled expeditiously and thus ORDERS the following:

1. A Scheduling Conference is set for Monday, September 23, 2024 at 2:00 PM via Zoom.

    Join ZoomGov Meeting: https://wawd-uscourts.zoomgov.com/j/1604152812?pwd=tZlHXuP0aUEZwi0T4rmKoYWnXaJBjM.1

    Meeting ID: 160 415 2812

    Passcode: 714706

2. Petitioner's counsel is ordered to provide a copy of this order to Respondent by mail and email.

3. To the extent either Party intends to provide their own interpreter, they must inform the Court by September 18, 2024 by emailing the Courtroom Deputy at Diyana_Staples@wawd.uscourts.gov.

4. To the extent either Party requests the Court provide an interpreter, they must submit the request by September 18, 2024 by emailing the Courtroom Deputy at Diyana_Staples@wawd.uscourts.gov.

5. The Parties should be prepared to discuss the following topics at the hearing: the safety of the child, Respondent's efforts to locate counsel, whether a Guardian Ad Litem should be appointed, any other pending cases between the Parties, the need for discovery, the timing and length of the evidentiary hearing and the Parties' anticipated witnesses and exhibits, and whether mediation should be ordered.

Dated this 12th day of September, 2024.

Kymberly K. Evanson
United States District Judge