UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RUBEN PAZ GOMEZ,<br><br>                    Petitioner,<br><br>      v.<br><br>YANISLEIDY REYES GONZALEZ,<br><br>                    Respondent. | CASE NO. C24-5645-KKE<br><br>ORDER FOR SPANISH INTERPRETER |

Petitioner, Ruben Paz Gomez, filed this case under the Convention on the Civil Aspects of International Child Abduction ("Convention") and the International Child Abductions Remedies Act ("ICARA"), 42 U.S.C. § 9001. Dkt. No. 12. Petitioner alleges his daughter was wrongfully removed from Mexico by her mother, Respondent Yanisleidy Reyes Gonzalez. *Id.*

The Court set a scheduling conference to discuss case management and planning for adjudication of the petition and ordered the parties to submit any requests for interpreters by September 18, 2024. Dkt. No. 8. Petitioner requested a Court-ordered Spanish interpreter for the scheduling conference.

The Court finds this case warrants the appointment of an interpreter for Petitioner for the September 23, 2024, scheduling conference. Federal Rule of Civil Procedure 43 provides that "[t]he court may appoint an interpreter of its choosing; fix reasonable compensation to be paid from funds provided by law or by one or more parties; and tax the compensation as costs." Fed.

ORDER FOR SPANISH INTERPRETER - 1

R. Civ. P. 43(d). The expedited nature of this proceeding, the central involvement of non-English speakers, and the importance of insuring that both parents can engage fully in the hearing creates a unique situation. Indeed, without certified interpreters, the Court's record may not be sufficient to adequately address the important legal questions at stake in this matter. The Court will arrange for the appointment of interpreters for the scheduling conference on a cost-reimbursable basis as contemplated by Federal Rule of Civil Procedure 43(d). This means that the Court will pay any up-front costs necessary to secure interpreters for the hearing and will revisit the issue of how to apportion responsibility for reimbursing the Court for those costs, if necessary, at a later time.[1]

Dated this 16th day of September, 2024.

Kymberly K. Evanson
United States District Judge

---

[1] The Court notes that Petitioner may seek recompense for his necessary costs if he prevails. 22 U.S.C. § 9007 ("[L]egal fees or court costs incurred in connection with [a petition under the Convention] shall be borne by the petitioner…[but] [a]ny court ordering the return of a child…shall order the respondent to pay necessary expenses incurred by or on behalf of the petitioner…unless the respondent establishes that such order would be clearly inappropriate.")

ORDER FOR SPANISH INTERPRETER - 2