UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RUBEN PAZ GOMEZ,<br><br>              Plaintiff,<br>   v.<br><br>YANISLEIDY REYES GONZALEZ,<br><br>              Defendant. | CASE NO. C24-5645-KKE<br><br>ORDER APPOINTING COUNSEL AND ORDER FOR JOINT PROPOSED SCHEDULING ORDER |

On October 3, 2024, this case was referred to the Court's pro bono coordinator to identify counsel to represent Defendant in this action. Dkt. No. 26. Counsel was identified by the coordinator on November 12, 2024.

The Court hereby APPOINTS Ashley Gammell with the law firm of K&L Gates LLP, 925 Fourth Avenue, Suite 2900, Seattle, Washington 98104, to represent Defendant Yanisleidy Reyes Gonzalez as counsel pursuant to the Amended Plan of the United States District Court for Western District of Washington for the Representation of Pro Se Litigants in Civil Rights Actions. *See* General Order 07-23 (Sept. 8, 2023).

Ashley Gammell is DIRECTED to file a Notice of Appearance within seven (7) calendar days. If counsel is unable for a reason set forth in the Rules to assume this representation, they shall immediately file a motion for relief from appointment.

ORDER APPOINTING COUNSEL AND ORDER FOR JOINT PROPOSED SCHEDULING ORDER - 1

Further, the parties are ORDERED to file a joint proposed scheduling order by no later than November 26, 2024.

The joint proposed scheduling order will be used to set a schedule for the prompt resolution of the petition. It must contain the following information:

1. The parties' views, proposals, and agreements, by corresponding paragraph letters (A, B, etc.), on the following topics:

    A. Whether and to what extent the parties anticipate engaging in discovery and the date by which discovery will be completed.

    B. Whether the parties intend pursue resolution through mediation and the date by which any mediation will occur.

    C. The total number of hours the parties anticipate needing for the evidentiary hearing.

    D. The number of witnesses each party intends to have testify at the hearing and confirmation that all witnesses will be able and available to participate remotely via Zoom; and

    E. Whether either party or any party's witnesses will require the services of an interpreter and if so, in what language.

    F. Any suggestions for shortening or simplifying the case.

    G. Any dates on which the parties or counsel may have conflicts or other complications to be considered in setting a hearing date.

2. The date the petition will be ready for an evidentiary hearing on the merits and all related due dates (disclosure of witnesses and exhibits, prehearing statements, motions in limine, stipulations, etc.).

///

///

///

///

ORDER APPOINTING COUNSEL AND ORDER FOR JOINT PROPOSED SCHEDULING ORDER - 2

If the parties are unable to agree on any part of the Proposed Order, they may answer in separate paragraphs. No separate proposals are to be filed. If the parties wish to have a status conference with the Court at any time during the pendency of this action, they should notify Diyana Staples, Courtroom Deputy, at Diyana_Staples@wawd.uscourts.gov.

Dated this 12th day of November, 2024.

Kymberly K. Evanson
United States District Judge