UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RUBEN PAZ GOMEZ,<br><br>                 Plaintiff,<br><br>    v.<br><br>YANISLEIDY REYES GONZALEZ,<br><br>                 Defendant. | Case No. 3:24-cv-5645-KKE<br><br>ORDER GRANTING RELIEF FROM A DEADLINE |

THIS MATTER came before this Court on Plaintiff Ruben Paz Gomez and Defendant Yanisleidy Reyes Gonzalez' Stipulated Motion for Relief from a Deadline ("Motion"), and being fully advised on the matter, the Court hereby GRANTS the Motion (Dkt. No. 29) as follows:

1. The Parties are relieved of the deadline to file a joint proposed scheduling order on November 26, 2024 pursuant to the Court's Order Appointing Counsel and Order for Joint Proposed Scheduling Order ("Order"). Dkt. 27.

2. The deadline to file a joint proposed scheduling order is reset to December 3, 2024.

3. The joint proposed scheduling order will be used to set a schedule for the prompt resolution of the petition. It must contain the parties' views, proposals, and agreements, by corresponding paragraph letters (A, B, etc.), on the following topics:

  A. Whether and to what extent the parties anticipate engaging in discovery and the date by which discovery will be completed.

  B. Whether the parties intend pursue resolution through mediation and the date by which any mediation will occur.

  C. The total number of hours the parties anticipate needing for the evidentiary hearing.

  D. The number of witnesses each party intends to have testify at the hearing and confirmation that all witnesses will be able and available to participate remotely via Zoom; and

  E. Whether either party or any party's witnesses will require the services of an interpreter and if so, in what language.

  F. Any suggestions for shortening or simplifying the case.

  G. Any dates on which the parties or counsel may have conflicts or other complications to be considered in setting a hearing date.

  H. The date the petition will be ready for an evidentiary hearing on the merits and all related due dates (disclosure of witnesses and exhibits, prehearing statements, motions in limine, stipulations, etc.).

4. If the parties are unable to agree on any part of the Proposed Order, they may answer in separate paragraphs. No separate proposals are to be filed.

5. If the parties wish to have a status conference with the Court at any time during the pendency of this action, they should notify Diyana Staples, Courtroom Deputy, at Diyana_Staples@wawd.uscourts.gov.

ORDER GRANTING RELIEF FROM A DEADLINE - 2
Case No. 3:24-cv-5645-KKE

IT IS SO ORDERED.

DATED this 25th day of November, 2024.

*Kymberly K. Evanson*

Kymberly K. Evanson
United States District Judge

ORDER GRANTING RELIEF FROM A DEADLINE - 3
Case No. 3:24-cv-5645-KKE