1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RUBEN PAZ GOMEZ,<br>                    Petitioner,<br><br>        v.<br><br>YANISLEIDY REYES GONZALEZ,<br>                    Respondent. | CASE NO. C24-5645-KKE<br><br>CASE SCHEDULING ORDER |

Having reviewed the Joint Status Report submitted by the parties (Dkt. No. 31), the Court

hereby sets this case for an evidentiary hearing and orders the following prehearing schedule:

| Event | Date |
|---|---|
| REMOTE[1] EVIDENTIARY HEARING 9:30 a.m. on | **1/28/2025** |
| Length of hearing | 3 days |
| Discovery must be completed by | 1/3/2025 |
| Deadline to disclose witnesses and exchange exhibits | 1/10/2025 |
| Deadline for joint brief on motions in limine | 1/17/2025 |
| Deadline for mediation[2] held no later than | 1/24/2025 |
| Agreed LCR 16.1 Pretrial Order due, including exhibit list with completed authenticity, admissibility, and objections fields | 1/24/2025 |

---

[1] The evidentiary hearing will take place via Zoom.  The parties will be provided access information for the virtual session in advance of the hearing.

[2] In the JSR the parties expressed mutual interest in pursuing mediation as an alternate means of resolving the dispute. Dkt. No. 31 at 4.  The Court referred the case to Magistrate Judge Michelle Peterson for the purpose of conducing a mediated settlement conference.  Dkt. No. 32.  The parties are directed to contact the courtroom deputy for the Magistrate Judge and set up a date for settlement conference.

CASE SCHEDULING ORDER - 1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

The dates set forth in this order are firm dates that can be changed only by order of the Court, not by agreement of counsel for the parties.  The Court will alter these dates only upon good cause shown.  If any of the dates identified in this Order or the Local Civil Rules fall on a weekend or federal holiday, the act or event shall be performed on the next business day.

If the hearing date assigned to this matter creates an irreconcilable conflict, counsel must notify Courtroom Deputy Diyana Staples at Diyana_Staples@wawd.uscourts.gov in writing within five (5) days of the date of this Order and must set forth the exact nature of the conflict.  A failure to do so will be deemed a waiver.  Counsel must be prepared to begin the date scheduled, but it should be understood that the trial may have to await the completion of other cases.

## INTERPRETERS

Both parties and each witness will require Spanish language interpretation services.  The Court takes this request under advisement and will issue an order shortly.

## PROCEDURE FOR DISCOVERY DISPUTES

As required by LCR 37(a), all discovery matters are to be resolved by agreement if possible.  If agreement is not possible, prior to the filing of any discovery motions, the Court directs the parties to request a conference with the Court.  *See* Fed. R. Civ. P. 16(b).  The movant must submit a joint statement to the Court briefly identifying the issue(s) in dispute.  The joint statement shall be no more than three pages and shall be filed via CM/ECF.  Thereafter, the movant should contact Courtroom Deputy Diyana Staples at Diyana_Staples@wawd.uscourts.gov to schedule a conference.

## PROCEDURE FOR MOTIONS IN LIMINE

All motions in limine shall be submitted in a joint brief that: (1) contains an introductory statement summarizing the case and the context for any disputes, with each side drafting its own statement if they cannot agree; and (2) presents each motion under a separate heading, below which the moving party will state its position and supporting legal authority, and the opposing party will do the same below that.  Any agreed motions shall be noted as such.  The joint brief must not exceed 12,600 words, excluding caption, date line, and signature block, with each party

CASE SCHEDULING ORDER - 2

contributing no more than 6,300 words.  Each party may submit a declaration along with the joint brief, as necessary.

### EXHIBITS

The parties must deliver two copies of their respective trial exhibits to Courtroom Deputy Diyana Staples by January 24, 2025.  Each exhibit shall be clearly marked.  The Court hereby alters the LCR 16.1 procedure for numbering exhibits: Petitioner's exhibits shall be numbered consecutively beginning with 1; Respondent's exhibits shall be numbered consecutively beginning with 500.  Each set of exhibits shall be submitted in a three-ring binder with appropriately numbered tabs.

No later than January 24, 2025, the parties should send an electronic copy of all exhibits in .PDF format with Optical Character Recognition searchable text to Courtroom Deputy Diyana Staples at Diyana_Staples@wawd.uscourts.gov.  The parties should notify the Court of any physical objects or files that cannot be transmitted electronically.  Petitioner's exhibits shall be numbered consecutively beginning with 1; Respondent's exhibits shall be numbered consecutively beginning with 500.  Duplicate documents shall not be listed twice.  The following protocols also apply: (1) Electronic exhibits must be transmitted individually (i.e., one exhibit per file), but exhibits may have multiple pages; (2) Exhibit file names should match the descriptions listed on the joint exhibit list as closely as possible except that file names should not exceed 80 characters, e.g., Ex. 1 − Accident Scene Photo; Ex. 501– Email dated 4−03−23.

### PRIVACY

Pursuant to LCR 5.2(a), parties shall refrain from including, or shall partially redact where inclusion is necessary, the following personal data identifiers from all documents filed with the Court or used as exhibits in any hearing or at trial, unless otherwise ordered by the Court:

- Dates of Birth − redact to the year of birth, unless deceased.
- Names of Minor Children − redact to the initials, unless deceased or currently over the age of 18.
- Social Security or Taxpayer Identification Numbers − redact in their entirety.

CASE SCHEDULING ORDER - 3

- Financial Accounting Information − redact to the last four digits.
- Passport Numbers and Driver License Numbers − redact in their entirety.

Parties in social security appeals and immigration cases shall comply with LCR 5.2(c).

## COMMUNICATIONS WITH CHAMBERS

Parties should direct inquiries to Courtroom Deputy Diyana Staples at Diyana_Staples@wawd.uscourts.gov.  All parties must be copied on emails when communicating with the courtroom deputy.  Ex parte communications with chambers involving any matter other than checking on a decision on a motion under Local Rules W.D. Wash. LCR 7(b)(5) or settlement are strongly discouraged.

## COURTESY COPIES

Courtesy copies are required for pleadings that in the aggregate (*i.e.*, the brief plus any declarations or exhibits) are longer than 50 pages, trial exhibits, or upon Court request.  If a party believes that courtesy copies may be helpful, such as for complex graphs or images best viewed in color, the party may submit a courtesy copy to chambers for the Court's ease of reference.  The courtesy copy must be the version of the document with the header generated by CM/ECF, as this header includes important information (*i.e.*, case number, document number, page number, date filed, etc.).  Courtesy copies shall be printed double-sided. Courtesy copies should be three-hole punched, tabbed, and placed in a binder or otherwise bound.

## *IN CAMERA* REVIEW

If the Court orders a party to submit documents for *in camera* review, the party shall send an electronic copy of the documents to Courtroom Deputy Diyana Staples at Diyana_Staples@wawd.uscourts.gov.  The party shall also deliver a physical copy of the documents to chambers, clearly marked for *in camera* review to avoid inadvertent filing on the docket.

## SCHEDULING

Please contact Courtroom Deputy Diyana Staples at Diyana_Staples@wawd.uscourts.gov before requesting a continuance of a trial date to a future date certain, to ensure the Court's

CASE SCHEDULING ORDER - 4

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

availability.  After the parties obtain an approved new trial date from Ms. Staples, the parties may file a stipulated motion for a continuance.  If the Court grants the stipulated motion for a continuance, it will issue an amended case schedule using its standard offset dates (available in the Chambers Procedures for Civil Cases document on the docket, or on Judge Evanson's website).  If any of the deadlines in the amended case schedule cause an irreconcilable conflict, the parties may request amendment within 14 days after the amended case schedule is entered.

## SETTLEMENT

If this case settles, counsel shall notify Courtroom Deputy Diyana Staples via email at Diyana_Staples@wawd.uscourts.gov as soon as possible.  Pursuant to LCR 11(b), an attorney who fails to give the courtroom deputy prompt notice of settlement may be subject to sanctions.

Dated this 4th day of December, 2024.

Kymberly K. Evanson
United States District Judge

CASE SCHEDULING ORDER - 5