UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RUBEN PAZ GOMEZ , <br><br> Plaintiff, <br><br> v. <br><br> YANISLEIDY REYES GONZALES, <br><br> Defendant. | Case No. C24-5645-KKE <br><br> ORDER TO SHOW CAUSE |

Pursuant to the Court's Order Regarding Settlement Conference (dkt. # 36), the parties and their counsel were directed to appear on January 7, 2025, for a settlement conference to be conducted over the Zoomgov.com platform. (*Id.* at 1.) As noted in the Court's Order, consideration of settlement is a serious matter that requires thorough preparation prior to the settlement conference (*Id.* at 2.) Therefore, this Court requires that the parties follow certain procedures before the scheduled settlement conference. (*Id.*)

In relation to the current matter, each party was required to submit a confidential settlement letter to the Court on or before noon on January 3, 2025. (Dkt. # 36 at 3.) The parties were advised that failure to submit a confidential settlement letter would result in the rescheduling or cancellation of the settlement conference. (*Id.* at 4.)

ORDER TO SHOW CAUSE - 1

At this time, the parties have not submitted their confidential settlement letters to the Court. Furthermore, the Court's efforts to contact the parties since the expiration of the filing deadline have been unsuccessful.

Accordingly, the parties are hereby directed to SHOW CAUSE by January 6, 2025, at 9:00 a.m., as to why the confidential settlement letters have not been submitted and why sanctions should not be imposed for failure to comply with a Court order.

The Clerk is directed to send copies of this order to the parties and to the Honorable Kymberly K. Evanson.

Dated this <u>3rd</u> day of January, 2025.

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER TO SHOW CAUSE - 2