Honorable Kymberly K. Evanson

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RUBEN PAZ GOMEZ,

    Petitioner,

v.

YANISLEIDY REYES GONZALEZ,

    Respondent.

Case No. 3:24-cv-5645-KKE

PRETRIAL ORDER

## JURISDICTION

Jurisdiction is vested in this court by virtue of to the Convention on the Civil Aspects of International Child Abduction as well as the additional procedures set forth in the International Child Abduction Remedies Act ("ICARA"), 22 U. S. C. 9001 et seq. The federal court is granted concurrent, original jurisdiction over Hague cases to both federal and state courts at 22 U.S.C. 9003(a).

The Western District of Washington is the proper venue for Petitioner's case because the minor child is presently found in Tacoma, Washington, 22 U.S.C. 9003(b).

Respondent was personally served with the Summons and Verified Petition on September 4, 2024. Proof of Service is on file with the court at Dkt# 14.

PRETRIAL ORDER - 1
Case No. 3:24-cv-5645-KKE

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WA 98104-1158
TELEPHONE: +1 206 623 7580
FACSIMILE: +1 206 623 7022

## CLAIMS AND DEFENSES

The Petitioner will pursue at trial the following claims:

1. Claim for the Return of Child:

2. Claim for court costs, legal fees, transportation costs and all other costs associated with Petition for Return:

The Respondent will pursue the following affirmative defenses: lack of habitual residence and grave danger if forced to return to Mexico.

## ADMITTED FACTS

The following facts are admitted by the parties:

1. A.C.P.R. was born in Cuba on July 4, 2017.
2. Respondent is A.C.P.R.'s mother.
3. Petitioner is A.C.P.R.'s father.
4. A.C.P.R. lived in Cuba until March 23, 2020.
5. A.C.P.R. was in Mexico from March 23, 2020 to August 13, 2023.
6. A.C.P.R. moved to the United States in August 2023.
7. The Parties were never married.
8. The Parties have no written custody agreement with respect to A.C.P.R.

## ISSUES OF LAW

1. Whether Petitioner proved by a preponderance of the evidence that A.C.P.R. has a habitual residence in Mexico,

2. Whether Petitioner proved by a preponderance of the evidence that Respondent wrongfully removed A.C.P.R. from Mexico and retained A.C.P.R. in the United States;

PRETRIAL ORDER - 2
Case No. 3:24-cv-5645-KKE

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WA 98104-1158
TELEPHONE: +1 206 623 7580
FACSIMILE: +1 206 623 7022

3. Whether Respondent proved by clear and convincing evidence her defense that there is a grave risk of physical or psychological harm to A.C.P.R. should she be returned to Mexico.

4. Whether A.C.P.R. should be returned to Mexico;

5. Whether Respondent should be ordered to pay Petitioner's legal fees & costs, and cost of transportation and expenses incurred in securing A.C.P.R.'s return to Mexico.

## EXPERT WITNESSES

Neither party intends to offer expert witnesses.

## OTHER WITNESSES

The names and addresses of witnesses, other than experts, to be used by each party at the time of trial and the general nature of the testimony of each are:

(a) On behalf of Petitioner:

1. Ruben Paz Gomez- will testify re: all issues, i.e., exercise of custodial rights, habitual residence of A.C.P.R., rebuttal re: Respondent's defenses
2. Azucena Paz Gomez- Petitioner's sister: will testify re: all issues including Petitioner's exercise of custodial rights, habitual residence of A.C.P.R., rebuttal re: Respondent's defenses
3. Carlos Israel Villanueva Quevedo: next door neighbor, will testify re: relevant issues, i.e., Petitioner's exercise of custodial rights, habitual residence of A.C.P.R., rebuttal re: Respondent's defenses
4. Carolina Castellanos Mejia: Long time family friend & parent of A.C.P.R.'s classmate will testify re: relevant issues; Petitioner's exercise of custodial rights, habitual residence of A.C.P.R., rebuttal re: Respondent's defenses
5. Ezequiel González Valencia: Rebuttal witness if necessary
6. Yanisleidy Reyes Gonzalez: Hostile Witness

(b) On behalf of Respondent:

1. Yanisleidy Reyes Gonzalez, email: yanisleidyreyes59@gmail.com; will testify as to Petitioner's abuse, neglect, and abandonment of A.C.P.R. and herself;

PRETRIAL ORDER - 3
Case No. 3:24-cv-5645-KKE

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WA 98104-1158
TELEPHONE: +1 206 623 7580
FACSIMILE: +1 206 623 7022

2. Yamile Reyes Gonzalez, phone: +53 5 2892597; will testify as to Petitioner's abuse, neglect, and abandonment of A.C.P.R. and Respondent;

3. Yamilka Caballero, phone: +53 5 4066985; will testify as to Petitioner's abuse, neglect, and abandonment of A.C.P.R. and Respondent;

4. Carlos Alejandro Perez Ginebra, phone: 3862050653; will testify as to Petitioner's eviction of A.C.P.R. and Respondent from Petitioner's mother's home.

5. Petitioner Ruben Paz Gonzalez; adverse witness.

## EXHIBITS

| Petitioner's Exhibits | | | | | |
|---|---|---|---|---|---|
| Ex. # | Description | Authenticity | Admissibility | Objection | Admitted |
| 1 | Hague Application by Ruben Paz Gomez | Stipulated | Stipulated | None | |
| 2 | Verified Petition for Return dated August 6, 2024 | Stipulated | Stipulated | None | |
| 3 | Civil Code for the Federal District, Title Eight of Parental Authority | Stipulated | Disputed | 402; 403; E; F | |
| 4 | Birth Certificate for Ruben Paz Gomez w/ English translation only | Stipulated | Disputed | 402; 403 | |
| 5 | A.C.P.R.'s Mexican birth certificate with English translation only | Stipulated | Disputed | 402; 403 | |
| 6 | Yanisleidy Reyes Gonzalez's Mexican Visa dated September 30, 2019 | Stipulated | Disputed | 402; 403; 602 | |
| 7 | Yanisleidy Reyes's Temporary Residence Card & C.U.R.P. | Stipulated | Disputed | 402; 403; 602 | |

PRETRIAL ORDER - 4
Case No. 3:24-cv-5645-KKE

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WA 98104-1158
TELEPHONE: +1 206 623 7580
FACSIMILE: +1 206 623 7022

| | | | | | |
|---|---|---|---|---|---|
| | | issued March 23, 2020 | | | | |
| | 8 | A.C.P.R.'s school enrollment: Adela Osorio Granados 2020-2021 school year | Disputed | Disputed | 402; 403; F | |
| | 9 | A.C.P.R.'s 2022-2023 school registration at Adela Osorio Granados | Disputed | Disputed | 402; 403; F | |
| | 10 | A.C.P.R.'s Certificate Completion of Preschool, July 26, 2023 | Disputed | Disputed | 402; 403; F | |
| | 11 | Verification of School Selection on 2/1/2023 and 2023-2024 School Assignment 6/7/2023 | Disputed | Disputed | 402; 403; F | |
| | 12 | Photos depicting ACPR and family – 17 pgs | Disputed | Disputed | 402; 403; F | |
| | 13 | Photos of Receipts for money transfers to Ms Reyes by Mr Paz | Disputed | Disputed | 402; 403; F | |
| | 14 | Facebook photo ACPR posted by Ms. Yamile Reyes dated August 15, 2023 | Disputed | Disputed | 402; 403; F | |
| | 15 | Facebook photo ACPR posted by Y.Reyes at Hawthorne Elementary: Albuquerque | Disputed | Disputed | 402; 403; F | |
| | 16 | Voluntary Return Letter Acknowledgment by R. Paz dated November 14, 2023 | Stipulated | Disputed | 402; 403; F | |
| | 17 | Facebook posts: Mt. Rainier & A.C.P.R. | Disputed | Disputed | 402; 403; F | |

PRETRIAL ORDER - 5
Case No. 3:24-cv-5645-KKE

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WA 98104-1158
TELEPHONE: +1 206 623 7580
FACSIMILE: +1 206 623 7022

| Ex. # | Description | Authenticity | Admissibility | Objection | Admitted |
|---|---|---|---|---|---|
|  | Birney school certificate |  |  |  |  |
| 18 | Amber Alert for ACPR filed October 23, 2023 -English translation | Stipulated | Disputed | 402; 403; F |  |
| 19 | Respondent's Objections, Answers and Responses to Petitioner's Discovery Requests dated December 24, 2024 | Stipulated | Stipulated | None |  |
| 20 | ACPR's school records from Birney Elementary | Stipulated | Disputed | 402; 403; F |  |
| 21 | Drawing by ACPR dated June 3, 2023 | Disputed | Disputed | 402; 403; F |  |
| 22 | Two heart drawings by ACPR dated June 2023 | Disputed | Disputed | 402; 403; F |  |
| 23 | Drawing by ACPR dated July 5, 2023 | Disputed | Disputed | 402; 403; F |  |
| 24 | Two Photos of Adrian Paz Gomez & 1 facebook post | Stipulated | Disputed | 402; 403; F |  |
| 25 | Federal I.D. for Ruben Paz Gomez | Stipulated | Disputed | 402; 403; F |  |
| 26 | Photos of Ruben Paz Gomez's home | Disputed | Disputed | 402; 403; F |  |
| 27 | Certificate of No Criminal Record | Stipulated | Disputed | 402; 403; F |  |

| Respondent's Exhibits | | | | | |
|---|---|---|---|---|---|
| Ex. # | Description | Authenticity | Admissibility | Objection | Admitted |
| 500 | 9/20/2023 Screenshot of Message from Petitioner - 0009 |  | Disputed | No translation- Ruiz v Oliveira- untimely |  |
| 501 | Photograph of April 2023 call log |  | Disputed | Lack of relevance, 402, lack of |  |

PRETRIAL ORDER - 6
Case No. 3:24-cv-5645-KKE

| | | | | | |
|---|---|---|---|---|---|
| | | | | foundation F, speculative | |
| 502 | Photo of April 2, 2023 text message | | Disputed | No translation, Ruiz v Oliveira Untimely, Lack of foundation F, Irrelevant 402 | |
| 503 | Photo of April 2, 2023 call log | | Disputed | Irrelevant-402 Lack of Foundation-F Speculative | |
| 504 | Screenshot of messages between Respondent and Yamile Reyes Gonzales | | Disputed | No translation-Ruiz v Oliveira-Untimely-Lack of foundation-F, Irrelevant-402; hearsay, 801, 802 | |
| 505 | Screenshot of messages between Respondent and Yamile Reyes Gonzales | | Disputed | No translation-Ruiz v Oliveira Untimely, Lack of foundation, F Irrelevant, 402, hearsay 801, 802 | |
| 506 | Screenshot of messages between | | Disputed | No translation- | |

PRETRIAL ORDER - 7
Case No. 3:24-cv-5645-KKE

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WA 98104-1158
TELEPHONE: +1 206 623 7580
FACSIMILE: +1 206 623 7022

| | # | Description | | | Objections | |
|---|---|---|---|---|---|---|
| | | Respondent and Yamile Reyes Gonzales | | | Ruiz v Oliveira- Untimely- Lack of foundation, F, Irrelevant, 402, hearsay, 801, 802 | |
| | 507 | Screenshot of messages between Respondent and Yamile Reyes Gonzales | | Disputed | No translation- Ruiz v Oliveira Untimely- Lack of foundation, F Irrelevant, 402,hearsay, 801, 802 | |
| | 508 | Screenshot of messages between Respondent and Yamile Reyes Gonzales | | Disputed | No translation- Ruiz v Oliveira Untimely- Lack of foundation, F Irrelevant. 402, hearsay, 801, 802 | |
| | 509 | Screenshot of messages between Respondent and Yamile Reyes Gonzales | | Disputed | No translation- Ruiz v Oliveira Untimely- Lack of foundation, F, Irrelevant, 402,hearsay. 801, 802 | |

PRETRIAL ORDER - 8
Case No. 3:24-cv-5645-KKE

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WA 98104-1158
TELEPHONE: +1 206 623 7580
FACSIMILE: +1 206 623 7022

| | | | | |
|---|---|---|---|---|
| 510 | Screenshot of messages between Respondent and Yamile Reyes Gonzales | | Disputed | No translation- Ruiz v Oliveira Untimely- Lack of foundation, F, Irrelevant, 402, hearsay, 801, 802 |
| 511 | Screenshot of messages between Respondent and Yamile Reyes Gonzales | | Disputed | No translation- Ruiz v Oliveira Untimely- Lack of foundation, F Irrelevant , 402,hearsay, 801, 802 |
| 512 | Screenshot of messages between Respondent and Yamile Reyes Gonzales | | Disputed | No translation- Ruiz v Oliveira Untimely- Lack of foundation, F Irrelevant, 402, hearsay, 801, 802 |
| 513 | Screenshot of messages between Respondent and Yamile Reyes Gonzales | | Disputed | No translation- Ruiz v Oliveira Untimely- Lack of foundation, F, Irrelevant, 402, |

PRETRIAL ORDER - 9
Case No. 3:24-cv-5645-KKE

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WA 98104-1158
TELEPHONE: +1 206 623 7580
FACSIMILE: +1 206 623 7022

| | | | | | |
|---|---|---|---|---|---|
| | | | | | hearsay, 801, 802 |
| 514 | Screenshot of messages between Respondent and Yamile Reyes Gonzales | | Disputed | No translation- Ruiz v Oliveira Untimely- Lack of foundation, F, Irrelevant. 402, hearsay, 801, 802 | |
| 515 | Screenshot of messages between Respondent and Yamile Reyes Gonzales | | Disputed | No translation- Ruiz v Oliveira Untimely- Lack of foundation, F, Irrelevant ,402, hearsay 801, 802 | |
| 516 | Screenshot of messages between Respondent and Yamile Reyes Gonzales | | Disputed | No translation- Ruiz v Oliveira Untimely- Lack of foundation, F, Irrelevant, 402, hearsay, 801, 802 | |
| 517 | Declaration of Yamile Reyes | | Disputed | Hearsay, 801, 802 Lack of foundation, F | |
| 518 | Cuban authorization to travel form | | Disputed | Irrelevant, 402, | |

PRETRIAL ORDER - 10
Case No. 3:24-cv-5645-KKE

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WA 98104-1158
TELEPHONE: +1 206 623 7580
FACSIMILE: +1 206 623 7022

| | | | | |
|---|---|---|---|---|
| | | | | Lack of foundation, F, 403, Waste of time, confusing, prejudice outweighs benefit |
| 519 | Cuban passport of A.C.P.R. | | Disputed | No translation- Ruiz v Oliveira Irrelevant, 402, Lack of Foundation, F |
| 52- | Notes from 11/14/2024 appointment | | Disputed | Hearsay, 801, 802 Incomplete Self-serving. Prejudice outweighs benefit, 403 |
| 521 | Notes from 12/03/2024 appointment | | Disputed | Hearsay, 801, 802 Incomplete Self-serving, Prejudice outweighs benefit. 403 |
| 522 | Notes from 12/31/2024 appointment | | Disputed | Hearsay, 801, 802 Incomplete Self-serving, Prejudice outweighs benefit, 403 |

PRETRIAL ORDER - 11
Case No. 3:24-cv-5645-KKE

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WA 98104-1158
TELEPHONE: +1 206 623 7580
FACSIMILE: +1 206 623 7022

ACTION BY THE COURT

(a) This case is scheduled for evidentiary hearing on February 10–12, 2025.

(b) The Court has not ordered submission of trial briefs. Petitioner intends to file a trial brief over Respondent's objection. Respondent objects on grounds that (1) the parties stipulated they would not submit pretrial statements (Dkt. 31); and (2) the Second Amended Scheduling Order did not set a deadline for filing trial briefs (Dkt. 38).

This joint statement has been approved by the parties as evidenced by the signatures of their counsel.

DATED this 11th day of February, 2025.

_____
Kymberly K. Evanson
United States District Judge

PRETRIAL ORDER - 12
Case No. 3:24-cv-5645-KKE

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WA  98104-1158
TELEPHONE: +1 206 623 7580
FACSIMILE: +1 206 623 7022

FORM APPROVED

Law Office of F. Andrekita Silva

By: *andrekita silva*
Andrekita Silva, WSBA No. 17314
Law Office of F. Andrekita Silva
1325 Fourth Avenue, Suite 940
Seattle, Washington 98101
Telephone: (206) 224-8288
ak@seattle-silvalaw.com
Attorney for Petitioner


K&L GATES LLP

By: s/ Ashley E.M. Gammell
Ashley E.M. Gammell, WSBA #50123
Katherine L. Hollingsworth, WSBA # 61304
Isabella C. Forcino, WSBA # 61346
925 Fourth Avenue, Suite 2900
Seattle, WA  98104
Phone:  (206) 623-7580
Fax:  (206) 623-7022
E-mail:ashley.gammell@klgates.com
           katie.hollingsworth@klgates.com
           isabella.forcino@klgates.com

*Attorneys for Respondent*

PRETRIAL ORDER - 13
Case No. 3:24-cv-5645-KKE

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WA  98104-1158
TELEPHONE: +1 206 623 7580
FACSIMILE: +1 206 623 7022