1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RUBEN PAZ GOMEZ,

                Petitioner,

     v.

YANISLEIDY REYES GONZALEZ,

               Respondent.

CASE NO. C24-5645-KKE

ORDER ON POST HEARING BRIEFING

       This matter comes before the Court on Petitioner's Petition for Return of Child Under Convention on Civil Aspects of International Child Abduction ("Convention"). Dkt. No. 12. The Court held a three and a half day evidentiary hearing beginning on February 10, 2025. During the hearing, the parties agreed to submit post hearing briefing in lieu of closing arguments. However, the parties failed to reach an agreement on the post hearing briefing schedule. The Court finds the following briefing schedule balances the parties' requests and the Convention's requirement for an expedited decision, with the necessity of a full record. The Court orders:

      1.  Each party shall submit proposed findings of fact and conclusions of law by February 27, 2025.

      2.  The parties' submissions shall include:

            a.  The relevant legal standards and burdens of proof for each disputed element of the claim and defenses;

b.   Citations to the record and hearing transcripts, if available;

c.   Each party's proposal for the timing and mechanism for the child's return to Mexico, if such return is ordered; and

d.   Any ameliorative measures the Court should consider, if appropriate.

The Court will then issue a written order as soon as practicable.

Dated this 13th day of February, 2025.

_____
Kymberly K. Evanson
United States District Judge