UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RUBEN PAZ GOMEZ,<br>     Petitioner,<br>  v.<br><br>YANISLEIDY REYES GONZALEZ,<br>     Respondent. | CASE NO. C24-5645-KKE<br><br>ORDER REGARDING VISITATION |

  This Court conducted an evidentiary hearing in this matter that lasted three and a half days, from February 10–13, 2025. The hearing concluded at noon on Thursday, February 13 after the Court gave the parties multiple opportunities to discuss administrative or other matters. The Court took the petition under advisement and issued a briefing schedule for post-trial briefs, per the request of the parties. Dkt. No. 61. On Friday, February 14, Petitioner's counsel contacted the Courtroom Deputy by email to request court-ordered visitation between the child and Petitioner before he returns to Mexico on Sunday, February 16. This request is denied for two reasons.

  First, there is no motion before the Court. Emails to the Courtroom Deputy requesting substantive relief are not appropriate.

  Second, even if Petitioner had filed a motion requesting this relief, the request would be untimely. Petitioner has not requested court-ordered visitation or contact with the child, through a motion or otherwise, at any point during the pendency of this action. The Court finds it is

ORDER REGARDING VISITATION - 1

inappropriate to issue an order regarding such relief on an unnecessarily expedited timeline, without adequate opportunity to consider the position and circumstances of each party.

The parties may agree amongst themselves regarding contact between the child and Petitioner, but the Court will not order visitation at this time.

Dated this 14th day of February, 2025.

*Kymberly K. Evanson*
Kymberly K. Evanson
United States District Judge