UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RUBEN PAZ GOMEZ,<br><br>                Petitioner,<br>   v.<br><br>YANISLEIDY REYES GONZALEZ,<br><br>                Respondent. | CASE NO. C24-5645-KKE<br><br>ORDER GRANTING PETITIONER'S REQUEST FOR AN EXTENSION OF TIME |

      At the conclusion of the evidentiary hearing held on the Petition for Return of Child Under Convention on the Civil Aspects of International Child Abduction (Dkt. No. 12), the Court granted the parties' request to submit proposed findings of fact and conclusions of law in lieu of closing arguments. Dkt. No. 61. The Court ordered the parties to file those submissions no later than February 27, 2025. *Id*. At 11:58 p.m. on that date, Petitioner's counsel filed a motion for extension, explaining that her workload had prevented her from meeting this deadline and requesting an extension of unspecified length. Dkt. No. 68.

      Petitioner's motion does not comply with the Local Rules of the Western District of Washington. Specifically, Local Civil Rule 7(j) requires that Petitioner meet and confer with Respondent and attempt to obtain a stipulated extension, which apparently Petitioner's counsel did not endeavor to do. Petitioner's counsel also failed to identify any "emergency" necessitating an

ORDER GRANTING PETITIONER'S REQUEST FOR AN EXTENSION OF TIME - 1

extension, other than a general reference to her workload. Finally, Petitioner's counsel does not explain how long of an extension she is seeking.

Given that the Court must act expeditiously in these proceedings, and that Petitioner's counsel's failed to show that the deadline could not be met despite diligence, the Court will GRANT Petitioner's motion (Dkt. No. 68) but provide only a short continuance of the briefing deadline. *See, e.g., Golan v. Saada*, 596 U.S. 666, 681–82 (2022) (discussing the importance of expeditious and timely action to resolve return petitions). Petitioner's proposed findings of fact and conclusions of law must be submitted no later than March 3, 2025, and no further extensions should be expected.

Dated this 28th day of February, 2025.

Kymberly K. Evanson
United States District Judge

ORDER GRANTING PETITIONER'S REQUEST FOR AN EXTENSION OF TIME - 2