UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RUBEN PAZ GOMEZ,<br><br>                Petitioner,<br>   v.<br><br>YANISLEIDY REYES GONZALEZ,<br><br>                Respondent. | CASE NO. C24-5645-KKE<br><br>ORDER TO SEAL AND REDACT TRANSCRIPTS |

      The Court held a four-day evidentiary hearing on the Petition for Return of Children Under the Convention on the Civil Aspects of International Child Abduction. Dkt. Nos. 52, 55, 57, 58. The transcripts from that hearing include the minor child's first name which must be redacted under Federal Rule of Civil Procedure 5.2(a)(3) and Local Rule 5.2(a)(2). Accordingly, the Court ORDERS the unredacted transcripts remain sealed. Dkt. Nos. 63–66. The court reporter is instructed to file unsealed transcripts, redacting the minor child's first name, on the docket.

      Dated this 23rd day of May, 2025.

*Kymberly K Evanson*

Kymberly K. Evanson
United States District Judge